No. 931.   BRYAN ET AL. *v.* AUSTIN, SUPERINTENDENT, SCHOOL DISTRICT No. 7, ORANGEBURG COUNTY, SOUTH CAROLINA, ET AL.

*Per Curiam:* In view of the repeal of South Carolina Act No. 741 of 1956 by Act No. 324 of 1957 after the decision below, 148 F. Supp. 563, the cause has become moot. Accordingly, the judgment of the District Court is vacated and the case is remanded to it, with leave to the appellants to amend their pleadings either to safeguard any rights that may have accrued to them by virtue of the operation of the repealed Act or to set forth a cause of action based on the operation of the new Act.   Rule 15 of the Federal Rules of Civil Procedure.   *Thurgood Marshall, Robert L. Carter* and *Jack Greenberg* for appellants.   *Robert McC. Figg, Jr.* and *David W. Robinson* for appellees.

No. 934.   GUNDAKER CENTRAL MOTORS, INC., *v.* GASSERT, DIRECTOR, DIVISION OF MOTOR VEHICLES OF NEW JERSEY, ET AL.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this case.   *Ward Kremer* for appellant.   *Grover C. Richman, Jr.*, Attorney General of New Jersey, and *John F. Crane,* Deputy Attorney General, for Gassert, appellee.